## AFFIDAVIT

I, CONNOR JORDE, state:

### INTRODUCTION AND AGENT BACKGROUND

1.  I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since approximately September 2015. I attended the FBI Academy, where I received training on federal criminal violations and investigation techniques. I have since been assigned to the FBI's Boston Field Office, where I have worked on the Health Care Fraud, Counter-Terrorism, and Economic Crimes squads. I currently investigate mail, wire, and bank fraud and money laundering, among other federal criminal offenses. As a Special Agent, I have participated in the execution of warrants involving the search and seizure of computers, computer equipment, and electronically stored information. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

2.  I submit this affidavit in support of an application for a criminal complaint charging SHADRACH ANAPALUM with conspiracy to commit bank fraud in violation of Title 18, United States Code, Section 1349 and for a warrant to arrest ANAPALUM. As further described below, there is probable cause to believe that beginning no later than June 2022 and continuing through at least December 2022, ANAPALUM and others known and unknown conspired to defraud banks by opening bank accounts in the names of fabricated businesses and using their bank accounts to receive and launder the proceeds of financial scams, and by lying to the banks about the nature of the funds flowing through their accounts.

3.  The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses.

This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter.

**PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED**

4.  In or about December 2021, a witness (whose identity is known to me) began cooperating with the FBI ("CW1"). At the time, CW1 was under investigation for conspiracy to commit bank fraud in connection with a scheme in which CW1 opened bank accounts using fake foreign passports and shell companies to receive the proceeds of romance scams, and then rapidly withdrew victims' money in cash or wired the proceeds overseas to co-conspirators.[1] On or about February 17, 2023, CW1 entered into a plea agreement with the U.S. Attorney's Office for the District of Massachusetts ("USAO") in which CW1 agreed to plead guilty to an information charging CW1 with one count of conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349. The USAO has filed the information under seal. The USAO has agreed in a parallel agreement to recommend a more favorable sentence for CW1 if CW1 provides substantial assistance in the investigation and prosecution of others.

5.  In connection with his cooperation, CW1 advised investigators that CW1 had worked with Co-Conspirator 1 ("CC-1") (whose identity is known to me) to move money through the United States banking system. CW1 stated that CC-1 told CW1 to open four bank accounts, and CW1 used fake foreign passports to open the accounts. According to CW1, CC-1 instructed individuals to transfer money into CW1's fraudulently opened bank accounts. Once the money

---

[1] A "romance scam" is a type of fraud in which individuals use fictitious online profiles on dating or social media websites to gain the trust of potential victims, and once that trust is gained, direct victims to transfer money under false pretenses.

2

arrived in CW1's accounts, CC-1 instructed CW1 to transfer the money to other bank accounts. CW1 took a ten percent cut of the money that went into his fraudulently opened bank accounts. CC-1 initially told CW1 the transactions were foreign exchange transactions. At some point, CW1 questioned CC-1 about the nature of the transactions and, based on CC-1's response, CW1 understood from CC-1 that the money coming into the fraudulently opened bank accounts came from scams. However, CW1 did not know specifically what type of scam.

*CW1's Proactive Cooperation*

6. At the direction of investigators, CW1 contacted CC-1 over WhatsApp beginning on or about March 19, 2022. CW1 allowed investigators to review and record these communications.[2] These communications were in a mix of English and Hausa, a widely used language in West and Central Africa. I have reviewed summary translations of the communications in Hausa that an FBI translator prepared, and investigator notes from debriefs of CW1 regarding the communications. Unless indicated by quotation marks, the following describes the sum and substance of these communications.

7. CW1 contacted CC-1 at the number CW1 had saved in his WhatsApp contacts for CC-1 ending in 3876. Records from the Department of State reflect that CC-1 provided that phone number in an application for a visa to enter the United States.

8. On or about March 19, 2022, CC-1 complained that CW1 was not doing more

---

[2] WhatsApp is a messaging application that allows users to send text, voice, and video messages, as well as make voice and video calls and share other content. WhatsApp provides users with end-to-end encryption, meaning that a WhatsApp message is visible only to the sender and receiver of the message. WhatsApp users typically use their phone number as their WhatsApp account number to send and receive messages through the application.

3

business with him. Based on my training and experience, I believe CC-1 was referencing their past transactions, in which CC-1 directed money derived from scams to bank accounts CW1 opened using fake foreign passports, and for which CW1 took a ten percent cut of the funds before transferring the remaining funds at CC-1's direction.

*June 2022 Undercover Transaction*

9.  On or about June 9, 2022, in a consensually recorded WhatsApp call, CW1 and CC-1 discussed that CW1 had a prospective client who wanted to transact two payments a week. CC-1 expressed his agreement to work with the client. Based on my training and experience, I know that romance and similar scammers often refer to victims as "clients."

10. On or about June 22, 2022, at approximately 12:29 p.m., CW1 made a consensually recorded call to CC-1 and advised CC-1 that, once CC-1 received the money from the client into the bank account CC-1 identified for CW1, CW1 would provide CC-1 with the bank account information of where to send the funds. CC-1 and CW1 also discussed what cut CC-1 would take from the money going into the bank accounts CC-1 provided CW1. CW1 told CC-1 that CW1 used to get 10 percent from CC-1 in the past when their roles were reversed. CC-1 said he would talk to the bank accountholder and let CW1 know what cut CC-1 and the accountholder would take. Later that day, at approximately 3:03 p.m., CW1 texted CC-1 on WhatsApp, "Waiting," to which CC-1 responded, "15%." Based on my training and experience investigating financial crimes, I believe by responding, "15%," CC-1 confirmed he and the accountholder wanted a 15% cut of the funds. CW1 responded "OK, send me the account details." One minute later CC-1 texted the following account details to CW1 via WhatsApp. I have redacted all but the last four digits of the bank account number.

4



11.     TD Bank records confirm that ANAPALUM is the sole accountholder of this personal checking account ending in 5313 (the "5313 Account").

12.     On or about June 23, 2022, FBI Undercover Employee 7935 ("UCE-7935") wired $2,200 from a covert bank account at Rockland Trust Bank in Massachusetts to the 5313 Account in New Jersey. TD Bank records show the 5313 Account received a wire transfer from UCE-7935 for $2,200 on or about June 24, 2022.

13.     On or about June 24, 2022, CW1 had a consensually recorded call with CC-1 in which CC-1 advised CW1 that TD Bank had frozen the 5313 Account and another account in ANAPALUM's name because the accounts had received $67,000 in deposits (including UCE-7935's $2,200 wire transfer). As discussed herein, I believe the other account to which CC-1 referred was a business checking account ending in 2556 in the name of Anapson Shipping LLC (the "2556 Account"). ANAPALUM registered Anapson Shipping LLC, with an address of 55 Quitman Street, Apt. 2B, Newark, NJ 07103, with the New Jersey Department of the Treasury, Division of Revenue and Enterprise Services on or about June 14, 2021.

14. On or about June 27, 2022, in another consensually recorded WhatsApp call, CW1 complained to CC-1 that CC-1 should have checked what the owner of the 5313 Account (that is, ANAPALUM) had done with the earlier deposits before giving the account information to CW1. In other words, CW1 complained that CC-1 should have known that the 5313 Account was frozen before he directed CW1 to have his client send money to that account.

15. On or about June 30, 2022, in a consensually recorded WhatsApp call, CC-1 told CW1 that some of the funds in the frozen accounts were released but the business account (that is, the 2556 Account) was still on hold. CC-1 said he had told the accountholder (that is, ANAPALUM) to wait on trying to withdraw the funds. Based on my training and experience investigating financial frauds, I believe CC-1 suggested waiting to avoid raising additional suspicions at the bank. On or about July 5, 2022, CC-1 texted CW1 "the last time he went there they said he can't do anything..unless the business issue was resolved." As discussed herein, I believe CC-1 was referring to ANAPALUM's conversations with TD Bank.

16. On or about July 18, 2022, CC-1 texted CW1 via WhatsApp, "He will call u have forwarded ur number to him," meaning that CC-1 had provided CW1's phone number to ANAPALUM. ANAPALUM tried to call CW1 on or about July 18, 2022, using telephone number 908-414-9096. T-Mobile records reflect that the telephone number 908-414-9096 is registered to ANAPALUM, with the address 50 Quitman St., Apt. 2B, Newark, New Jersey 07103. CW1 did not answer this call, and after exchanging several missed calls, CW1 connected with ANAPALUM at the 908-414-9096 phone number on or about July 21, 2022. In that consensually recorded call, CW1 explained to ANAPALUM that he worked with CC-1 and they were trying to retrieve the money that was wired to the 5313 Account. ANAPALUM advised CW1 that ANAPALUM had

6

opened the 5313 Account a couple of months earlier and did a few transactions in the account before the bank froze it. ANAPALUM further told CW1 that the account showed a zero balance because some of the other money in the account had been returned to the senders. ANAPALUM reported that TD Bank had advised him that it could not do anything with the accounts until the bank had finished its investigation.

17. On or about August 6, 2022, CW1 called ANAPALUM who advised CW1 that the funds were still frozen. ANAPALUM told CW1 that CC-1 was insisting that ANAPALUM withdraw the money from the account. According to ANAPALUM, CC-1 told ANAPALUM they could do more business together, but ANAPALUM was reluctant because CC-1 had been pushing so hard to get the money from the 5313 Account. On or about August 6, 2022, CW1 called CC-1 via WhatsApp and discussed the frozen bank account and the need to wait. Based on my training and experience investigating financial crimes, CW1 and CC-1 were waiting in the hope that TD Bank would unfreeze the money and ANAPALUM could send their share of the money.

18. Investigators contacted TD Bank regarding the 5313 and 2556 Accounts. TD Bank advised via email that it closed both accounts on or about October 12, 2022. TD Bank further advised that, in connection with the closure of the account, ANAPALUM received $6,807.88 in cash, which was confirmed via a "cash out" ticket. TD Bank records confirm that this amount was comprised of the balance in the 5313 Account of $4,071.95 and the balance in 2556 Account of $2,735.93. Bank records do not reflect what ANAPALUM did with this cash, but investigators have not recovered any portion of the UC-7935's $2,200 wire.

*October 2022 Undercover Transaction*

19. In or around early October 2022, CC-1 told CW1 in a consensually recorded call that some of ANAPLAUM's money in the TD Bank accounts had been returned to him. CC-1 also confirmed to CW1 that he had more bank accounts for CW1 to use.

20. On or about October 14, 2022, CC-1 texted the following information to CW1 via WhatsApp; I have redacted all but the last four digits of the bank account number:



21. PNC Bank records reflect that ANAPALUM is the sole accountholder of this business checking account ending in 2257 (the "2257 Account").

22. On or about October 18, 2022, UCE-7935 wired $2,750 from a covert bank account at Rockland Trust Bank in Massachusetts to the 2257 Account with the beneficiary name "Anapson Shipping LLC, 55 Quitman St, Apt 2, Newark, NJ." On or about the same day, CW1 sent CC-1 a photograph of the wire transfer confirmation via WhatsApp. On or about October 20, 2022, CW1 texted CC-1 via WhatsApp and asked, "You seen the money ??" to which CC-1

8

replied, "Yeah." On or about October 21, 2022, CC-1 asked CW1 to call him. On or about October 22, 2022, CC-1 texted CW1, "Send me the details," and indicated he would ask "the guy" to send the funds in the morning.

23.     On or about October 24, 2022, CW1 had a consensually recorded WhatsApp call with CC-1 and asked if the money could be sent via Zelle, but CC-1 responded that Zelle would not work. On or about October 25, 2022, CW1 had a consensually recorded WhatsApp call with CC-1, and CC-1 confirmed CashApp could be used to send the money. On or about October 25, 2022, CW1 texted CC-1 the information for a covert CashApp account controlled by FBI Undercover Employee 9923 ("UCE-9923"). On or about October 26, 2022, CC-1 forwarded CW1 via WhatsApp a CashApp message stating $2,330 was sent to UCE-9923. CashApp records reflect that on or about October 26, 2022, UCE-9923's covert account received $2,330 from the CashApp user "$5228n." CashApp records reflect that the $5228n account is registered to Co-Conspirator 2 ("CC-2") (whose identity is known to me), with a date of birth, Social Security number, and address I know to be associated with CC-2. Additionally, a JP Morgan Chase Bank ("Chase Bank") account in CC-2's name is linked to the $5228n CashApp account registered to CC-2.

24.     Bank of America records reflect that CC-2 held a checking account ending in 1050 that she shared with another individual (the "1050 Account"). Bank of America records for the 1050 Account reflect that the 1050 Account received a $7,766 wire from Anapson Shipping LLC on or about October 21, 2022. Chase Bank records reflect that CC-2 sent a $2,330 payment to UCE-9923 via CashApp on or about October 27, 2022.

25.     On or about November 2, 2022, CW1 had a consensually recorded call with ANAPALUM in which ANAPALUM advised CW1 that he had made friends with a teller at PNC

Bank who helped him set up online wire transfers so that he did not need to go into the bank to send or receive money. ANAPALUM told CW1 that CC-1 was pushing him to convince the bank that a cashier's check for $40,000 was not fraud. ANAPALUM told CW1 that there was a transfer of approximately $140,000 into ANAPALUM's bank account, after which the bank's fraud department called him. ANAPALUM told CW1 he lied to the fraud department and said he was a shipper of stationary and dealt with a broker, and that the transaction was related to this business. According to ANAPALUM, TD Bank called ANAPALUM and wanted him to come into the bank with his identification. ANAPALUM reported to CW1 that he had opened three different bank accounts for these transactions with CC-1, that TD Bank had closed the accounts, and that some of ANAPALUM's personal money was in the closed accounts. ANAPALUM told CW1 he had sent around $6,000 to $7,000 of his personal money to pay CC-1 for the losses and that CC-1 gave ANAPALUM additional business to compensate him for having to send his own money to CC-1.

26.     On the same November 2, 2022 telephone call, CW1 told ANAPALUM that ANAPALUM knew what he was doing was not legitimate so he should not mix his money with the money received from CC-1. ANAPULUM agreed with this statement. Additionally, CW1 told ANAPALUM he should stop using his personal money to pay CC-1. ANAPALUM told CW1 that he usually sent the money he received on behalf of CC-1 to China and Turkey, and sometimes to domestic accounts.

*December 2, 2022 Undercover Transaction*

27.     On or about November 17, 2022, CC-1 texted the following information to CW1 via WhatsApp; I have redacted all but the last four digits of the bank account number:

10



28.     Regent Bank records reflect that ANAPALUM is the sole accountholder of this personal checking account ending in 6078 (the "6078 Account").

29.     On or about November 30, 2022, CC-1 confirmed to CW1 that the 6078 Account was good to receive funds.

30.     On or about December 2, 2022, UCE-7935 wired $2,200 from a covert bank account at Rockland Trust Bank in Massachusetts to the 6078 Account in New Jersey. On or about the same day, CW1 texted CC-1 via WhatsApp a picture of the wire transfer confirmation. On or about December 3, 2022, CC-1 texted CW1 via WhatsApp, "OK thanks." CW1 responded by asking, "Have you seen the money?" Approximately two hours later, CC-1 replied, "He said it is pending" and "Send me the details to send it to when it's ready."

31.     On or about December 5, 2002, CC-1 texted CW1 via WhatsApp, "U no send me where to send it to." CW1 responded, "Confirmed ? , give me like 15 minutes I go send u where u go send am." On or about December 6, 2022, CW1 texted CC-1 via WhatsApp, "Aberg mek dem cash app am Same place the last time." In other words, CW1 told CC-1 to send the money via CashApp to the same person as last time, that is, UCE-9923.

11

32. On or about December 7, 2022, CW1 forwarded to CC-1 via WhatsApp a screenshot of the information for the CashApp account for UCE-9923. CC-1 responded with a screenshot showing that $1,850 was sent to UCE-9923 via the CashApp.

33. Regent Bank records reflect that ANAPALUM received a $2,200 wire from UCE-7935 on or about December 2, 2022. The records further reflect that, on or about December 6, 2022, ANAPALUM sent a wire to a bank account at Wells Fargo ending in 5228 (the "5228 Account") the name of Co-Conspirator 3 ("CC-3") (whose identity is known to me) in the amount of $1,960. Wells Fargo records confirm that CC-3 is the sole accountholder of the 5228 Account. Wells Fargo records further reflect that, on or about December 7, 2022, CC-3 transferred $1,850 from the 5228 Account to UCE-9923 via CashApp.

## CONCLUSION

52. Based on the information described above, there is probable cause to believe that, between at least in or about June 2022 and in or about December 2022, ANAPALUM conspired with CC-1 and others to commit bank fraud, in violation of 18 U.S.C. § 1349.

Respectfully submitted,

/s/ Connor Jorde

Connor Jorde
Special Agent
Federal Bureau of Investigation

Electronically subscribed and telephonically sworn to before me on October ___, 2025

October 29, 2025

Hon. M. Page Kelley
United States Magistrate Judge

12